EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* FÉLIX ESCUDERO, acusado y apelante.

No. 4186.—*Sometido:* Julio 7, 1930. *Resuelto:* Julio 10, 1930.

*Bolívar Pagán,* abogado del apelante; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

El artículo 350 del Código de Enjuiciamiento Criminal dispone:

"Se establece una apelación, presentando al secretario del tribunal en que estuviere archivada la sentencia o providencia apelada, el escrito de apelación, con entrega de las copias correspondientes al abogado de la parte contraria."

El dejar una copia del escrito de apelación sobre el escritorio del fiscal, según lo jura el apelante, no es un cumplimiento de la ley. La entrega debe ser personal o debe demostrarse la imposibilidad de hacer una notificación así o en forma similar, según provee el artículo 351 del citado código. Cuando se hace una notificación el apelante está obligado a demostrar esa notificación. Por tanto, El Pueblo de Puerto Rico está justificado al solicitar la desestimación.

*Como los autos elevados a esta corte no demuestran que se hiciera la debida notificación, y como la moción sobre corrección de autos es inadecuada, debe desestimarse el recurso.*